In the Matter of EDWARD O. WEST, an attorney at law.

For the order: *Mr. David A. Gelber.*

For the respondent: *Mr. Paul T. Huckin.*

January 23, 1961.  Respondent suspended until the further order of the court.  Opinion reported at 34 *N. J.* 61.